SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET et al., Plaintiffs, *v.* BANKERS TRUST COMPANY OF NEW YORK, Respondent, and EDWARD S. GREENBAUM, as Trustee in Bankruptcy of AKTIEBOLAGET KREUGER & TOLL, Appellant, Impleaded with Others.

(Argued May 3, 1935; decided May 28, 1935.)

*Jonas J. Shapiro* and *Justin N. Reinhardt* for appellant.

*Clarence J. Shearn, Roy H. Callahan, B. B. Fensterstock* and *George H. Jaffin* for respondent.

Order affirmed, with costs. First question certified answered " No," and second question certified answered " Yes." (See opinion in *Svenska T. F. A.* v. *Bankers Trust Co.*, 268 N. Y. 73.) No opinion. (See 268 N. Y. 611.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.